DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID PATTERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0661

[July 2, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 062023CF001258A88810.

George Edward Reres of ReresLaw, LLC, Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Marcus Russell Kelly, II, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***